# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

EARL RICHARDSON,

      Plaintiff,      :      Case No. 3:10-cv-028

   -vs-      Magistrate Judge Michael R. Merz

      :

DAYTON PUBLIC SCHOOLS, et al.,

      Defendants.

## NOTICE TO *PRO SE* PLAINTIFF

     This case is before the Court on Plaintiff's Notice of Appeal (Doc. No. 44). Mr. Richardson purports to appeal to the Supreme Court of the United States from this Court's Order of May 11, 2010, dismissing this case. Attached is a request that this Court submit certain documents to the United States Supreme Court (Doc. No. 44, PageID 240.); this latter document purports to have been signed by Plaintiff on March 5, 2010, but was filed with the Notice of Appeal to the Supreme Court.

     Plaintiff is hereby notified that the United States Supreme Court does not have jurisdiction on appeal from this Court. Plaintiff does have the right to seek review of the decision of the Sixth Circuit affirming this Court's dismissal by filing with the Supreme Court a petition for writ of certiorari not later than ninety days after the Court of Appeals issued its mandate on January 17, 2012 (Doc. No. 42). This Court does not have authority to permit Plaintiff to proceed *in forma pauperis* in the Supreme Court and will not transmit any documents to that Court unless and until that Court requests them. March 6, 2012.

                                                 s/ **Michael R. Merz**
                                                 United States Magistrate Judge